

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

*NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.*

**Total Assignments: 1**

**Patent #:** 6973808  **Issue Dt:** 12/13/2005  **Application #:** 10644303  **Filing Dt:** 08/20/2003
**Publication #:** 20040034943  **Pub Dt:** 02/26/2004
**Inventor:** Lawrence Peska
**Title:** APPARATUS AND METHOD FOR WASHING OF ITEMS

**Assignment: 1**
**Reel/Frame:** 016539/0381  **Recorded:** 07/16/2005  **Pages:** 2
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** PESKA, LAWRENCE  **Exec Dt:** 07/13/2005
**Assignee:** GENERAL PRODUCT INTERNATIONAL, LTD.
382 ROUTE 59
MONSEY, NEW YORK 10952
**Correspondent:** DAVID AKER
23 SOUTHERN ROAD
HARTSDALE, NEW YORK 10530

Search Results as of: 09/18/2007 01:07 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |