UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PRODUCT INTERNATIONAL, LTD., <br><br> Plaintiff, <br> vs. <br><br> LINENS HOLDING COMPANY, DBA LINENS 'N THINGS, <br> LINENS N THINGS, INC., LINENS'N THINGS CENTER, INC.,   LNT MERCHANDISING, INC, <br> SIMPLY STORAGE (VARIMPO USA  LTD), <br> VARIMPO PRODUCTS  INC. (Canada), <br> WILLIAM  NADEL, and <br> KENNETH RITANDO <br><br> Defendant(s) | Civil Action 07 CIV. 8164 SCR(GAY) <br><br> **ECF CASE** <br><br> **PLAINTIFF'S DISCLOSURE STATEMENT UNDER Fed. Rules Civ. Proc. RULE  7.1** |

Plaintiff, General Product International, Ltd., by its attorney, David Aker, states:

1. There is no parent corporation of Plaintiff; and

2. There is no publicly held corporation that owns 10% or more of Plaintiff's stock.

DATED: September 19, 2007.

_____
David Aker, SDNY Bar Code:  DA5506
Attorney at Law
23 Southern Road
Hartsdale, NY  10530
Tel:  (914) 674-1094
Fax:  (914) 674-1094
E-mail:  daveaker@optonline.net
Attorney for Plaintiff
General Product International Ltd.