UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PRODUCT INTERNATIONAL, LTD., | ) ) |
| Plaintiff, | ) Civil Action 07 CIV. 8164 SCR(GAY) |
| vs. | ) ) ) |
| LINENS HOLDING COMPANY, DBA LINENS 'N THINGS, LINENS N THINGS, INC., LINENS'N THINGS CENTER, INC., LNT MERCHANDISING, INC, SIMPLY STORAGE (VARIMPO USA LTD), VARIMPO PRODUCTS INC. (Canada), WILLIAM NADEL, and KENNETH RITANDO | ) ORDER ADJOURNING DATE ) IN NOTICE OF REQUIREMENT TO ) SUBMIT A SCHEDULING ORDER ) ) ) ) ) |
| Defendant(s) | |

STEPHEN C. ROBINSON, United States District Judge

The required dates mentioned in the Notice of Requirement to Submit a Scheduling Order dated September 21, 2007 are adjourned from the principal date of October 26, 2007 to a new principal date of November 26, 2007.

Counsel for Plaintiff will notify all parties of this adjournment immediately.

Dated: October 18, 2007

SO ORDERED

*Stephen C Robinson*

Stephen C. Robinson U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____