**MEMO ENDORSED**

**David Aker**
**Attorney at Law**
**23 Southern Road**
**Hartsdale, N.Y. 10530**
**Tel (914) 674-1094**
**Fax (914) 479-5304**
daveaker@optonline.net

VIA FACSIMILE          Page 1 of 2          November 16, 2007

The Honorable Stephen C. Robinson
United States District Court for the Southern District of New York.
300 Quarropas Street, Room 633
White Plains, New York 10601

    Re: General Product International, Ltd. v. Linens Holding Company, et al.
        Case No. 07 cv 8164 (SCR)

Dear Judge Robinson,

As counsel for Plaintiff, I respectfully request that the dates ordered in the Notice of Requirement to Submit a Scheduling Order dated September 21, 2007 be adjourned to a principal date of December 27, 2007, and that the Initial Case Management Conference be adjourned from February 15, 2008 to April 11th, 2008 at 10:00 am. This is a second request for such adjournment, as your honor granted one previous request adjourning the date from September 26 to October 26, 2007. This request is being done ex parte, due to counsel for all defendants having not been identified, and having not made an appearance. At this early stage, it is believed that the only other scheduled dates that will be affected in any way is as set forth above.

Personal service has not yet been completed for several reasons including an accident and the need to obtain, on November 9, 2007, a summons not previously obtained.

A possible proposed order for your kind consideration is enclosed.

Respectfully submitted,

*David Aker*

David Aker, SDNY Bar Code: DA5506
23 Southern Road
Hartsdale, NY 10530
Tel: (914) 674-1094, Fax: (914) 479-5304
E-mail: daveaker@optonline.net
Attorney for Plaintiff, General Product International Ltd

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**

*Stephen C. Robinson*
HON. STEPHEN C. ROBINSION
11/26/07