AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

General Product International LTD

**SUMMONS IN A CIVIL ACTION**

V.
See Attached

CASE NUMBER:  07cv08164

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Aker
23 Southern Road
Hartsdale, New York 10530

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.M. McMahon
CLERK

NOV 0 9 2007
DATE

(By) DEPUTY CLERK

ATTACHMENT TO SUMMONS SHOWING ALL PARTIES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PRODUCT INTERNATIONAL, LTD., | ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| LINENS HOLDING COMPANY, DBA LINENS 'N THINGS, LINENS N THINGS, INC., LINENS'N THINGS CENTER, INC., LNT MERCHANDISING, INC, SIMPLY STORAGE (VARIMPO USA LTD), VARIMPO PRODUCTS INC. (Canada), WILLIAM NADEL, and KENNETH RITANDO | ) ) ) ) ) ) ) |
| Defendant(s) | |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE DECEMBER 7, 2007 |
| NAME OF SERVER (PRINT) DAVID AKER | TITLE ATTORNEY AT LAW – PLAINTIFF'S COUNSEL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: LINENS N THINGS, INC. 6 BRIGHTON ROAD CLIFTON, N.J. 07012

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MS TONI E. VARDIMAN ASSISTANT / CHAIRMAN LINENS N THINGS

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on DECEMBER 11, 2007        _David Aker_
             Date                     Signature of Server

23 SOUTHERN RD, HARTSDALE, NY 10530
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.