AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

General Product International LTD

V.

See Attached

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv08164

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Aker
23 Southern Road
Hartsdale, New York 10530

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. M. McMahon
CLERK

(By) DEPUTY CLERK

NOV 09 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 12, 2007 (11:01 am.) |
| NAME OF SERVER *(PRINT)* Bren Hart | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: VARIMPO PRODUCTS INC. (Canada) 5320 Timberlea Blvd., Mississauga, Ontario, Canada (left with Mr. Jim Melon, Vice-President)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL $35.28 | SERVICES $45.00 | TOTAL $89.60 (including GST $4.82) |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec. 12/07
             Date                      Signature of Server

84 ½ Adelaide Street E, #232
Toronto, Ontario M5C 1K9
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ATTACHMENT TO SUMMONS SHOWING ALL PARTIES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PRODUCT INTERNATIONAL, LTD., | ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| LINENS HOLDING COMPANY, DBA LINENS 'N THINGS, LINENS N THINGS, INC., LINENS'N THINGS CENTER, INC., LNT MERCHANDISING, INC, SIMPLY STORAGE (VARIMPO USA LTD), VARIMPO PRODUCTS INC. (Canada), WILLIAM NADEL, and KENNETH RITANDO | ) ) ) ) ) ) ) |
| Defendant(s) | |

1

CASE NUMBER: 07CV08164

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PRODUCT INTERNATIONAL, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| LINENS HOLDING COMPANY, DBA LINENS'N THINGS, LINENS N THINGS, INC., LINENS'N THINGS CENTER, INC., LNT MERCHANDISING, INC., SIMPLY STORAGE (VARIMPO USA LTD), VARIMPO PRODUCTS INC. (Canada), WILLIAM NADEL, and KENNETH RITANDO | ) ) ) ) ) ) ) ) |

Defendant(s)

AFFIDAVIT OF SERVICE

I, Bren Hart, of the City of Toronto, in the Province of Ontario, Process Server, MAKE OATH AND SAY:

1.  On December 12, 2007 at 11:01 a.m., I served VARIMPO PRODUCTS INC. (Canada) with the Summons, Complaint and Jury Demand, Exhibits 'A', 'B', 'C' and 'D' and Memo Endorsed of David Aker dated November 16, 2007, with enclosures, by leaving a copy with Mr. Jim Melon, Vice-President, a person who appeared to have care and control at the time of service at 5320 Timberlea Blvd., Mississauga, Ontario.

2.  I was able to identify the above person by means of self-identification.

Sworn before me at the City   )
Of Toronto                    )
In the Province               )
Of Ontario                    )
On December 13, 2007          )

_____
Bren Hart

_____
A Commissioner, etc.

Cristeta Antonio Balinteo, a Commissioner, etc.,
Province of Ontario, for Hart Process Serving Ltd.,
and for Process Serving only.
Expires December 12, 2009.