MEMO END

**David Aker**
**Attorney at Law**
**23 Southern Road**
**Hartsdale, N.Y. 10530**
**Tel (914) 674-1094; Fax (914) 479-5304**
**daveaker@optonline.net**

VIA FACSIMILE                                            December 26, 2007

The Honorable Stephen C. Robinson
United States District Court for the Southern District of New York.
300 Quarropas Street, Room 633
White Plains, New York 10601

      Re: General Product International, Ltd. v. Linens Holding Company, et al.
      Case No. 07 cv 8164 (SCR)

Dear Judge Robinson,

As counsel for Plaintiff, I respectfully request that the dates ordered in the Notice of
Requirement to Submit a Scheduling Order dated September 21, 2007 be adjourned to a
principal date of January 30, 2008. Further, it is requested that the defendants be allowed
until January 30, 2008 to respond to the Complaint. No other dates will be affected.

All but one of the defendants (an individual who is believed to have knowledge of this
action, but has left a defendant employer) have been served, and there have been
discussions with two outside counsel (who have not yet made an appearance, but at least
one of which may represent seven of the eight defendants) concerning an amicable
settlement of this matter. It is thus respectfully requested that counsel be given an
opportunity to continue what appear to be fruitful settlement discussions at this time,
instead of submitting a scheduling order and answering the complaint.

This is a third request for adjournment of the date for submission of a scheduling order,
as your honor granted two previous requests adjourning the date from October 26, 2007
to December 27, 2007. This request is being made with the full concurrence of counsel
for the served defendants, who are being copied on this letter.

Respectfully submitted,                        **APPLICATION GRANTED**

David Aker, SDNY Bar Code: DA5506              Stephen C Robinson
23 Southern Road                               HON. STEPHEN C. ROBINSON    12/26/07
Hartsdale, NY 10530
Tel: (914) 674-1094, Fax: (914) 479-5304, E-mail: daveaker@optonline.net
Attorney for Plaintiff, General Product International Ltd
Cc: Counsel for All Defendants Served

USDC SDNY
DOCUMENT