MEMO ENDORSED

**David Aker**
**Attorney at Law**
**23 Southern Road**
**Hartsdale, N.Y. 10530**
**Tel (914) 674-1094; Fax (914) 479-5304**
daveaker@optonline.net

VIA FACSIMILE                                                                January 28, 2008

The Honorable Stephen C. Robinson
United States District Court for the Southern District of New York.
300 Quarropas Street, Room 633
White Plains, New York 10601

   Re: General Product International, Ltd. v. Linens Holding Company, et al.
   Case No. 07 cv 8164 (SCR)

Dear Judge Robinson,

As counsel for Plaintiff, I respectfully request that the dates ordered in the Notice of Requirement to Submit a Scheduling Order dated September 21, 2007 be adjourned to February 15, 2008. Further, it is requested that the defendants be allowed until February 15, 2008 to respond to the Complaint. No other dates will be affected.

All of the defendants have been served, and as your honor was previously advised, there have been discussions with two outside counsel, who have not yet made an appearance, concerning an amicable settlement of this matter. It is thus respectfully requested that counsel be given an opportunity to continue what appear to be fruitful settlement discussions, instead of submitting a scheduling order and answering the complaint.

This is a fourth request for adjournment of the date for submission of a scheduling order, and a second request for an adjournment for responding to the complaint, as your honor granted three previous requests adjourning the date for submission of a scheduling order, from October 26, 2007 to January 30, 2008, and one previous request for adjourning the time to respond to the complaint. This request is being made with the concurrence of counsel for all eight served defendants who have been in contact with the undersigned, and who are being copied on this letter.

Respectfully submitted,

*David Aker*
David Aker, SDNY Bar Code: DA5506
23 Southern Road
Hartsdale, NY 10530
Tel: (914) 674-1094, Fax: (914) 479-5304, E-mail: daveaker@optonline.net
Attorney for Plaintiff, General Product International Ltd
Cc: Counsel for Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**

*Stephen C Robinson* 2/1/08

HON. STEPHEN C. ROBINSION