**LINENS·N·THINGS**

**SOLD TO:** Susan Aker
(914)674-1094
23 southern Road
Hartsdale NY 10530

**SHIP TO:** Susan Aker
(914)674-1094
23 southern Road
Hartsdale NY 10530

448523
1983911
583178639
009
97825
1080125

| SHIP METHOD | ORDER DATE | PAGE | ORDER NO. | PACKAGE ID |
|---|---|---|---|---|
| FED HOME | 1/25/08 | 1 | 8240285553 | 58317863 |

| QTY. ORDERED | ITEM / UPC | DESCRIPTION | QTY SHIPPED | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 | 003674325 061648372386 | The Bag Company  Bra Washing Cube, White, 7x10 | 1 | $4.99 | $4.99 |

**INVOICE SUMMARY**

| PAID BY | MERCHANDISE | S & H | TAX | LESS CREDITS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| Visa Card | $4.99 | $9.99 | $1.11 | $.00 | $16.09 |

**Please enclose a copy of this entire pack slip with your returned items.**

Thank you for shopping LNT.COM. We want you to be completely satisfied with your purchase. We will gladly accept returns or exchanges by mail or at any of our store locations within the continental United States. For any questions or concerns regarding your order, please call 1-866-568-7378.

### BY MAIL

1. Pack items safely and securely. Attach return label and place in original box along with your original packing slip or gift receipt. If you lost your return label, please call toll-free 1-866-568-7378 to get mailing information.
2. Retain a copy of the packing slip for your own records.
3. All return shipping charges must be prepaid. We cannot accept COD deliveries.
4. For returns made within 60 days of the initial purchase, we will gladly give you a refund. Please refer to the LNT.COM Help section for details.

### IN-STORE

With a valid LNT receipt: For returns made within 60 days of the initial purchase, we will gladly give you a refund in the form of your original payment method

Note: For check purchases we will gladly refund you cash after 10 business days, otherwise a LNT gift card can be issued

Without a valid LNT receipt: With valid identification we will be happy to issue a gift card at Linens 'n Things lowest price which can be used for a future purchase.

All returns after 60 days must be returned to a Linens 'n Things retail store.

### REASON FOR RETURN (CHECK ONE BOX)

☐ 01. Do not want        ☐ 05. Not as Pictured
☐ 02. Wrong item         ☐ 06. Item Recall
☐ 03. Damaged/Defective  ☐ 07. Other
☐ 04. Gift Return
Comments: _____

v Transaction Number v

81528501001

---

**LINENS·N·THINGS**

Susan Aker
(914)674-1094
23 southern Road
Hartsdale NY 10530

**SHIP TO:** Linens 'n Things
150 Omicron Court
Shepherdsville, KY 40165



81528501

**LINENS·N·THINGS**

Susan Aker
(914)674-1094
23 southern Road
Hartsdale NY 10530

**SHIP TO:** Linens 'n Things
150 Omicron Court
Shepherdsville, KY 40165



81528501