

# Bra Washing Bag

## Sac pour soutiens-g

LINENS·N·THINGS
4.99
Bra Bag
Mesh
White



061648372386

SHOP ▪▪▪ ANYTIME

...thing
Care



Protects bra shape
Intérieure de maille solide

Allows up to 3 bras
Peut contenir jusqu'à 3 soutiens-gorge

Durable plastic zipper
La fermeture-éclair en plastique solide

Dimensions

storage redefined

# urbana

rangement redefini

