UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
General Product International, Ltd.

        Plaintiff(s)

v.

Linens Holding Company, et al.

        Defendants(s)
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 CV 8164 (SCR)(GAY)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Social Security |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Settlement* | | Particular Motion:_____ |
| ___ | Inquest After Default/Damages Hearing | | All such motions:_____ |
| ___ | For jury selection | | |
| ___ | Habeas Corpus | | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

* Do not check if already referred for general pretrial.

DATED:    White Plains, New York

2/19/08

**SO ORDERED.**

*Stephen C. Robinson*
United States District Judge
Stephen C. Robinson