IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PRODUCT INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> LINENS HOLDING COMPANY, DBA LINENS 'N THINGS, <br> LINENS N THINGS, INC., LINENS 'N THINGS CENTER, INC., LNT MERCHANDISING, INC, <br> VARIMPO USA LTD., d/b/a SIMPLY STORAGE (improperly referenced as "SIMPLY STORAGE (VARIMPO USA LTD)" <br> VARIMPO PRODUCTS INC. (Canada), <br> WILLIAM NADEL, and <br> KENNETH ROTUNDO (improperly referenced as "KENNETH RITANDO") <br><br> Defendants. | CIVIL ACTION <br> NO.: 1:07-CV-8164-SCR (GAY) <br><br> NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799, hereby appears, by undersigned counsel, as counsel for defendants Varimpo USA LTD., d/b/a Simply Storage (improperly referenced as "Simply Storage (Varimpo USA LTD)" Varimpo Products Inc. (Canada), and Kenneth Rotundo (improperly referenced as "Kenneth Ritando") as of this date and requests that all papers in this action be served upon the undersigned at the address listed below.

Dated: March 5, 2008

#9396267 v1

-2-

/s/ Thomas E. Zemaitis
Thomas E. Zemaitis (TZ- 7168)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets,
Philadelphia, PA 19103-2799
(215) 981-4361

Attorneys for Defendants Varimpo USA LTD., d/b/a Simply Storage (improperly referenced as "Simply Storage (Varimpo USA LTD)", Varimpo Products Inc. (Canada), and Kenneth Rotundo (improperly referenced as "Kenneth Ritando")