# Pepper Hamilton LLP
### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750



Thomas E. Zemaitis
direct dial: 215-981-4361
zemaitist@pepperlaw.com

## MEMO ENDORSED

March 5, 2008




<u>Via Facsimile</u>

Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
Room 118
White Plains, NY 10601

      Re:    <u>General Product International, Ltd. v. Linens Holding Company, et al.</u>,
             CA No. 1:07-CV-8164 SCR (GAY)

Dear Magistrate Judge Yanthis:

      This morning, I entered my appearance on behalf of three of the defendants in the above-referenced action: Varimpo USA Ltd., d/b/a/ Simply Storage (improperly referenced in the Complaint as "Simply Storage (Varimpo USA Ltd.)"); Varimpo Products, Inc. (Canada); and Kenneth Rotundo (improperly referenced in the Complaint as "Kenneth Ritando"). A conference call with Your Honor has been scheduled for this Friday March 7, 2008 at 11:00 a.m.

      All parties to this action are actively engaged in settlement negotiations that, if successful, will resolve this matter in its entirety. Unfortunately, we do not anticipate that a settlement will be reached before the scheduled telephone conference. Accordingly, we are writing to request that the conference be adjourned to a later date in order to permit the settlement discussions to continue. We respectfully request that the conference be rescheduled for Friday, March 28, 2008 at a time convenient to the Court.

      I have discussed this request with David Aker, counsel for the plaintiff, and I believe that he does not oppose the request. I have also communicated with counsel conducting the settlement negotiations for the remaining defendants (for whom an appearance has not yet been entered) and they concur in this request.

*Telephone conference, to be initiated by plaintiff, shall now be on 3/28/08 at 9:30 am.*

*Application granted.
Geo. A. Yanthis
USMJ     3/5/08*

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |

| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com

**Pepper Hamilton LLP**
Attorneys at Law

Honorable George A. Yanthis
Page 2
March 5, 2008

       Thank you for your consideration in this matter.

                           Respectfully yours,

                           Thomas E. Zemaitis

TEZ/md

cc: David Aker, Esquire (via e-mail)

# Pepper Hamilton LLP
—————Attorneys at Law

3000 Two Logan Square  
Eighteenth and Arch Streets  
Philadelphia, PA 19103-2799  
215.981.4000  
Fax 215.981.4750  
www.pepperlaw.com

**FAX INFORMATION SHEET**

Date: March 5, 2008  
ID Number: 31271  
Identifier

| **Recipient's Name** | **Company** | **General Number** | **Fax Number** |
|---|---|---|---|
| Honorable George A. Yanthis | Southern District of NY | 914-390-4088 | 914-390-4095 |

Sender: Thomas E. Zemaitis  
Sender's Direct Line: 215-981-4361  
Sender's Email Address: zematist@pepperlaw.com

Total Pages Including Cover: 3

Comments:

An original or a copy has [ ] or has not [✓] been sent to you by mail [ ] or by overnight service [ ] or by email [ ].

γ γ **If transmission is not received, please call the sender** γ γ

γ γ **Confidentiality Note** γ γ

The documents accompanying this facsimile transmission contain information from the law firm of Pepper Hamilton LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this Firm immediately. In this regard, if you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

| **Operator's Use Only** | | | |
|---|---|---|---|
| Start Time: : am [ ] pm [ ] | | End Time: : am [ ] pm [ ] | |
| Operator: | | | |

## ** Transmit Confirmation Report **

P.1                                    Mar 5 2008 04:43pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912159814750 | Normal | 05,04:42pm | 0'27" | 2 | # O K | |

## FAX SHEET

HON. GEORGE A. YANTHIS
United States Magistrate Judge
300 Quarropas Street Rm 116
White Plains, NY 10601
914-390-4088
Fax 914-390-4095    *Donna Hilbert*

Date: 3/5/08

To: Thomas Zonaitis, ESQ

Fax #: 215-981-4750

Subject: _____

Number of Pages: 2
(Including this one)

If you do not receive all the pages, please contact chambers immediately.

*Upon receipt of this fax, fax to all parties*