# Pepper Hamilton LLP
### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

## MEMO ENDORSED

Thomas E. Zemaitis
direct dial: 215-981-4361
zemaitist@pepperlaw.com

March 26, 2008

<u>Via Facsimile</u>



RECEIVED
MAR 26 2008
CHAMBERS OF
GEORGE A. YANTHIS
U.S.M.J.

Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
Room 118
White Plains, NY 10601

Re: <u>General Product International, Ltd. v. Linens Holding Company, et al.</u>,
CA No. 1:07-CV-8164 SCR (GAY)

Dear Magistrate Judge Yanthis:

A conference call with Your Honor has been scheduled for this Friday, March 28, 2008 at 9:30 a.m.

All parties to this action are actively engaged in settlement negotiations that, if successful, will resolve this matter in its entirety. The parties met last week and are scheduled to meet again to discuss settlement on April 4, 2008. Accordingly, we do not anticipate that a settlement will be reached before the scheduled telephone conference. We request that the conference be adjourned to a later date in order to permit the settlement discussions to continue. We respectfully request that the conference be rescheduled for May 9, 2008, and propose a 10:00 a.m. conference. Alternatively, the parties are agreeable to holding the conference on May 16, 2008 at 9:00 a.m.

Additionally, a Case Management Conference was proposed for April 11, 2008 at 10:00 a.m. for this case. We request that, if you wish to schedule a Case Management Conference for this case, it be scheduled for May 30, 2008, and we propose a time of 10:00 a.m.

SO ORDERED:
_____ 3/27/08
Hon. George A. Yanthis
United States Magistrate Judge.

#9474424 v1

Philadelphia   Boston   Washington, D.C.   Pittsburgh
Berwyn   Harrisburg   Orange County   Princeton   Wilmington

www.pepperlaw.com

---

*Handwritten margin note:* Telephone Conference is cancelled. Telephone Conference to be initiated by Plaintiff shall the 3/28/08 telephone conference rescheduled to May 9, 2008 at 10:00 am.