**Wolff & Samson PC**
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052
Phone: (973) 325-1500
Fax: (972) 325-1501
Ronald Israel

-and-

**Gardere Wynne Sewell LLP**
1601 Elm Street, Suite 3000
Dallas, TX 75201
Phone: (214) 999-3000
Fax: (214) 999-4667
Ronald M. Gaswirth
Peter McLaughlin
Jennifer S. Sickler

Co-Counsel for Linens 'N Things, Inc.,
Linens Holding Company, d/b/a Linens 'N Things,
Linens 'N Things Center, Inc., and LNT Merchandising, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PRODUCT INTERNATIONAL, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>LINENS HOLDING COMPANY, DBA LINENS 'N THINGS, LINENS N THINGS, INC., LINENS 'N THINGS CENTER, INC., LNT MERCHANDISING, INC, SIMPLY STORAGE (VARIMPO USA LTD), VARIMPO PRODUCTS INC. (Canada), WILLIAM NADEL, and KENNETH RITANDO<br><br>Defendants. | Civil Action 07 CIV. 8164 SCR (GAY)<br><br><br><br><br><br>**SUGGESTION OF BANKRUPTCY**<br>**AND NOTICE OF AUTOMATIC STAY** |

## SUGGESTION OF BANKRUPTCY
## AND NOTICE OF AUTOMATIC STAY

On May 2, 2008, (the "Petition Date"), Defendants Linens 'N Things, Inc., Linens Holding Company, d/b/a Linens 'N Things, Linens 'N Things Center, Inc., and LNT Merchandising Company Inc. (improperly pleaded as LNT Merchandising, Inc.), (collectively, the "Debtors") filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in Case No. 08-10832 (CSS), in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") (collective, the "Bankruptcy").

The Bankruptcy is still pending before the Bankruptcy Court.

Pursuant to 11 U.S.C. § 362(a), an automatic stay applicable to all entities is imposed upon the entry of an order for relief. Among other things, the automatic stay precludes the following:

> (1) the commencement or continuation, including the issuance or employment of process of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title or to recover a claim against the debtor that arose before the commencement of the case under this title . . . .

11 U.S.C. § 362(a) (2000). Accordingly, effective as of the dates given above, this and all actions against the Debtors and their bankruptcy estate are subject to the automatic stay and enjoined from proceeding further absent relief from the Bankruptcy Court.

Attached hereto as Exhibit A and incorporated herein by reference is the Bankruptcy Petition. Attached hereto as Exhibit B and incorporated herein by reference is the Pacer Docket Sheet for the Bankruptcy.

Dated: May 7, 2008

                                              Respectfully submitted,

**Wolff & Samson PC**
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052
Phone: (973) 325-1500
Fax: (972) 325-1501
risrael@wolffsamson.com

BY: s/Ronald Israel
       Ronald Israel

-and-

**Gardere Wynne Sewell LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 999-3000
Telefax: (214) 999-4667
Peter McLaughlin
pmclaughlin@gardere.com

Co-Counsel for Linens 'N Things, Inc.,
Linens Holding Company, d/b/a Linens 'N Things,
Linens 'N Things Center, Inc., and LNT
Merchandising, Inc

3

## CERTIFICATION OF SERVICE

I hereby certify that, on this date, I caused an original and one copy of the foregoing document to be filed with the Clerk of the United States District Court for the Southern District of New York, United States Courthouse, 300 Quarrapos Street, White Plains, New York 10601. A copy of the foregoing papers was served upon David Aker, Esq., Attorney at Law, 23 Southern Road, Hartsdale, NY 10530 by overnight mail.

_____
Natasha M. Songonuga

DALLAS 1926613v1