# EXHIBIT B

PlnDue, DsclsDue

# U.S. Bankruptcy Court
## District of Delaware (Delaware)
### Bankruptcy Petition #: 08-10833-CSS

*Assigned to:* Christopher S. Sontchi
Chapter 11
Voluntary
Asset

*Date Filed:* 05/02/2008

**Debtor**
**Linens 'n Things, Inc.**
6 Brighton Road
Clifton, NJ 07015
Tax id: 23-3463939

represented by **Mark D. Collins**
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899
302 651-7700
Fax : 302-651-7701
Email: collins@RLF.com

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

| Filing Date | # | Docket Text |
|---|---|---|
| 05/02/2008 | 1 | Chapter 11 Voluntary Petition *of Linens 'n Things, Inc.*. Fee Amount $1039. Filed by Linens 'n Things, Inc.. (Collins, Mark) (Entered: 05/02/2008) |
| 05/02/2008 | | Judge Christopher S. Sontchi added to case (GVW, ) (Entered: 05/02/2008) |
| 05/02/2008 | 2 | Motion for Joint Administration *Motion of the Debtors and Debtors in Possession for Entry of an Order Directing Joint Administration of Their Related Chapter 11 Cases* Filed By Linens 'n Things, Inc. (Collins, Mark) (Entered: 05/02/2008) |
| 05/02/2008 | 3 | Receipt of filing fee for Voluntary Petition (Chapter 11)(08-10833) [misc,volp11a] (1039.00). Receipt Number 3281771, amount $1039.00. (U.S. Treasury) (Entered: 05/02/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/02/2008 13:03:10 | | | |
| PACER Login: | gw0019 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 08-10833-CSS Fil or Ent: filed From: 3/3/2008 To: 5/2/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 1 | Cost: | 0.08 |