UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PRODUCT INTERNATIONAL, LTD., )<br>       Plaintiff )<br>)<br>v. )<br>)<br>LINENS HOLDING COMPANY, DBA )<br>LINENS 'N THINGS, )<br>LINENS N THINGS, INC., LINENS'N THINGS )<br>CENTER INC., LNT MERCHANDISING, INC, )<br>VARIMPO USA, DBA SIMPLY STORAGE )<br>(improperly referenced as "SIMPLY STORAGE )<br>(VARIMPO USA LTD)"), )<br>VARIMPO PRODUCTS INC. (Canada) )<br>WILLIAM NADEL, and )<br>KENNETH ROTUNDO (improperly referenced )<br>as "KENNETH RITANDO"), )<br>)<br>       Defendants. ) | Civil Action 07 CIV. 8164 SCR (GAY)<br><br>**ECF CASE** |

**RULE 7.1 STATEMENT OF VARIMPO USA D/B/A SIMPLY STORAGE**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, counsel for Varimpo USA, d/b/a Simply Storage (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

      NONE

Dated:  June 16, 2008

*Of Counsel*:

James M. Singer
Anne M. Shyjan
PEPPER HAMILTON LLP
One Mellon Center
500 Grant Street, 50th Floor
Pittsburgh, PA 15219
Telephone: (412) 454-5000

*/s/ Thomas E. Zemaitis*
Thomas E. Zemaitis (TZ 7168)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4361
Fax: (215) 981-4750

Attorneys for Defendants Varimpo USA Ltd.
(d/b/a Simply Storage), Varimpo Products, Inc.
and Kenneth Rotundo

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of June, 2008, a true and correct copy of the foregoing RULE 7.1 STATEMENT OF VARIMPO USA, d/b/a SIMPLY STORAGE was served via the Court's electronic filing system upon the following:

David Aker, Esquire
23 Southern Road
Hartsdale, NY  10530

*/s/ Thomas E. Zemaitis*