UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PRODUCT INTERNATIONAL, LTD., <br>       Plaintiff <br><br> v. <br><br> LINENS HOLDING COMPANY, DBA LINENS 'N THINGS, <br> LINENS N THINGS, INC., LINENS'N THINGS CENTER INC., LNT MERCHANDISING, INC, <br> VARIMPO USA, DBA SIMPLY STORAGE (improperly referenced as "SIMPLY STORAGE (VARIMPO USA LTD)"), <br> VARIMPO PRODUCTS INC. (Canada) <br> WILLIAM NADEL, and <br> KENNETH ROTUNDO (improperly referenced as "KENNETH RITANDO"), <br><br>       Defendants. | Civil Action 07 CIV. 8164 SCR (GAY) <br><br> **ECF CASE** |

## RULE 7.1 STATEMENT OF VARIMPO PRODUCTS INC. (CANADA)

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, counsel for Varimpo Products Inc. (Canada) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

    NONE

Dated: June 16, 2008

*Of Counsel*:

James M. Singer
Anne M. Shyjan
PEPPER HAMILTON LLP
One Mellon Center
500 Grant Street, 50th Floor
Pittsburgh, PA 15219
Telephone: (412) 454-5000

*/s/ Thomas E. Zemaitis*
Thomas E. Zemaitis (TZ 7168)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4361
Fax: (215) 981-4750

Attorneys for Defendants Varimpo USA Ltd.
(d/b/a Simply Storage), Varimpo Products, Inc.
and Kenneth Rotundo

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of June, 2008, a true and correct copy of the foregoing RULE 7.1 STATEMENT OF VARIMPO PRODUCTS INC. (CANADA) was served via the Court's electronic filing system upon the following:

David Aker, Esquire
23 Southern Road
Hartsdale, NY  10530


*/s/ Thomas E. Zemaitis*